THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATIONAL CANCER HOSPITAL OF AMERICA et al., Appellants, et al., Defendants.— Motion for reargument granted and, upon reargument, the decision herein is recalled and, upon such recall, the decision is modified to the extent of striking from the judgment the decretal paragraph directing the distribution cy pres of all funds remaining in the receiver's hands after payment of all indebtedness and expenses of administration. This direction, aside from its vagueness, was made prematurely. An application for specific cy pres distribution in accordance with the applicable provisions of subdivisions 2 and 4 of section 12 of the Personal Property Law, may be made at the appropriate time. In all other respects, including its branch seeking leave to appeal to the Court of Appeals, motion is denied. Settle order. Present — Cohn, J. P., Breitel, Bastow and Botein, JJ. [See 284 App. Div. 935.]

CRAIG RICE-BISHOP, Appellant, v. ST. NICHOLAS SPORTS ARENA, INC., Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 961.]

EUGEN BRAND, Appellant, v. 200 EAST 86TH STREET REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 1038.]

CHARLES CARNEVAL, Appellant, v. WILLIAM MORRIS AGENCY, INC., et al., Defendants, and CAMPBELL SOUP COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See 284 App. Div. 1041.]

NEW YORK POST CORPORATION, Respondent, v. WALTER WINCHELL et al., Appellants, et al., Defendants. JAMES A. WECHSLER, Respondent, v. WALTER WINCHELL et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See 284 App. Div. 1041.]

STELLA FLOUR & FEED CORP., Respondent, v. NATIONAL CITY BANK OF NEW YORK, Appellant.— Motion by plaintiff-respondent for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See ante, p. 182.]

STELLA FLOUR & FEED CORP., Respondent, v. NATIONAL CITY BANK OF NEW YORK, Appellant.— Motion by defendant-appellant for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See ante, p. 182.]